UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

GREGORY J. JEANLOUIS          CIVIL ACTION
(#121703)

VERSUS                        NO. 12-694-BAJ-SCR

JAMES LEBLANC, ET AL          MAGISTRATE JUDGE RIEDLINGER

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

## AFFIDAVIT

BEFORE ME, the undersigned Notary, personally came and appeared

### RHONDA Z. WELDON

who, after being first duly sworn, did depose and say that:

She is employed as a Paralegal for the Department of Public Safety and Corrections,

Legal Services, Office of the Secretary.

In compliance with the Court's Order dated December 3, 2012, the attached pages are

true and exact copies of the entire administrative proceedings, as maintained in the normal

course of business by the Department of Public Safety and Corrections, regarding

**ADMINISTRATIVE REMEDY PROCEDURE NO. LSP-2011-1621; NO. LSP-2012-**

**150; NO. LSP-2012-2972, which was rejected for containing multiple complaints; NO.**

**LSP-2012-3049, which was withdrawn by Plaintiff on October 17, 2012; and NO. LSP-**

**2012-3109, which was rejected at the First Step as the issues therein pertained to**

**disciplinary matters, filed** by Plaintiff, **GREGORY J. JEANLOUIS, DOC #121703,** in connection with the above-captioned matter.

The above is true and correct to the best of her information and belief.


S/RHONDA Z. WELDON
RHONDA Z. WELDON


**SWORN TO AND SUBSCRIBED** before me, Notary, on this 26th day of December, 2012, at Baton Rouge, Louisiana.


S/WILLIAM L. KLINE
WILLIAM L. KLINE, LA BAR ROLL NO. 17009
NOTARY PUBLIC
MY COMMISSION EXPIRES AT DEATH


## CERTIFIATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit along with attachments thereto has been mailed, postage prepaid, to GREGORY J. JEANLOUIS, DOC #121703, on the 26th day of December, 2012.


S/WILLIAM L. KLINE
WILLIAM L. KLINE


2